[No. 8279.  Department Two.  March 28, 1910.]

MARTHA A. MILLER, *Respondent*, v. V. D. MADDOCKS *et al.,*

*Appellants.*[1]

Appeal from a judgment of the superior court for King county, Morris, J., entered January 16, 1909.  Affirmed.

*H. D. Moore* and *John P. Hartman*, for appellants.

*Herr, Bayley & Wilson*, for respondent.

PER CURIAM.—The issues and assignments of error in this consolidated cause being in principle the same as those involved in *Shorett v. Signor, ante* p. 89, 107 Pac. 1033, the parties to this appeal have stipulated that the disposition of this case shall be controlled by that.  The judgment herein is therefore affirmed.

---

[No. 8596.  Department One.  March 30, 1910.]

ALEX BILLS *et al., Appellants,* v. W. C. REEDER, *Respondent.*[2]

Appeal from a judgment of the superior court for Adams county, Holcomb, J., entered November 15, 1909.  Appeal dismissed.

*A. B. Wiltse*, for appellants.

*Miller & Lewis*, for respondent.

PER CURIAM.—This is an appeal from an order sustaining a demurrer to a complaint.  Such an order is not final or appealable. *Zellar v. Siemens, ante* p. 116, 107 Pac. 1054, and cases cited.  Appeal dismissed.

[1]Reported in 107 Pac. 1036.

[2]Reported in 107 Pac. 1055.